# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**DAHIR NOR IBRAHIM,**<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |

## MOTION FOR MISCELLANEOUS RELIEF

[Handwritten annotation: *For the reasons stated in open court, this motion is DENIED as moot without prejudice to renew.* /s/ [signature] 3-5-12]

    Defendant Ibrahim asks this Court to order his custodian to provide for adequate meals during court appearances. Defendant is housed at the Grayson County Detention Center in Leitchfield, Kentucky, a two-hour drive to and from court for scheduled appearances. Because of the early hour that Defendant is awoken, he may receive a bowl of cereal for breakfast and is given a single baloney sandwich to take with him for lunch. Defendant cannot eat baloney and so has a lunch of only two pieces of bread and perhaps a bag of chips. He does not get an evening meal until his return to Grayson County which, on March 2, was not until after 9 p.m. Since he arrives after the normal meal period, he again is given only a baloney sandwich for dinner. In total, on a date where he must be transported to Nashville for court, he consumes a bowl of cereal and four pieces of bread and chips. He has informed his keepers that he does not eat baloney and yet he continues to get baloney sandwiches for his meals during court dates.

    Not only is this cruel and unusual but Defendant cannot effectively participate in his defense with such little nutrition. This trial is expected to take three months and Defendant cannot survive and participate in his defense on this meager diet. It is difficult for Defendant to understand the proceedings due to the extremely poor acoustics in the courtroom, but it is even more difficult for him to concentrate and effectively participate while suffering from hunger and lack of sleep.

    Therefore, Defendant respectfully requests that the Court order his custodian to provide

1