UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES,<br>Plaintiff<br><br>vs<br><br>DAHIR NOR IBRAHIM,<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |
|---|---|

*[Handwritten annotation: DENIED. For the reasons stated in open court, this motion is DENIED as moot. /s/ 3-6-12]*

**MOTION TO STRIKE EXHIBITS TO GOVERNMENT'S MOTION FOR JOINDER BASED ON VICTIMS' RIGHTS**

The Government has filed a motion for joinder of "Defendants to Avoid Unreasonable Delay and to Protect the Dignity and Privacy of the Victims." (D.E. 1760) In support, the Government has filed three "affidavits" purporting to be the sworn statements of Jane Doe 2, SB, the mother of Jane Doe 2, and Jane Doe 5. Each "affidavit" ends with "this ends my statement." Nowhere in the "affidavits" does it indicate that they are made under oath.

Under 28 USCA §1746,

> wherever under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
>
> (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

(Signature)". Testimony in court or in support of a court proceeding is required to be made under

1