UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES,<br>Plaintiff<br><br>vs<br><br>DAHIR NOR IBRAHIM,<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |
|---|---|

**MOTION IN LIMINE NO. 3**
(Exclude A-File and Related Testimony)

*[Handwritten annotation: "Filed 3/10. This motion is DENIED, subject to conditions in Other Order relating to A-file. [signature] 3-22-12"]*

Defendant Dahir Nor Ibrahim moves the Court to exclude his A-file.

The government has listed a witness by the name of Ryan Hubbard, an ICE Custodian of Records, for the apparent purpose of authenticating and introducing the defendant's A-file. (D.E. 1864, Witness No. 4). Also listed is ICE Agent Jason White. (D.E. 1864, Witness No. 40).

Defendant's A-file is irrelevant to the charges against him contained in Counts 1 and 2. Instead, it appears the government is attempting to introduce evidence against the defendant that is relevant only to Count 24 which was severed from the trial on March 20. Count 24 charges the defendant with willfully procuring his naturalization and signing an Application for Naturalization that contained false statements.

At the grand jury appearance of Agent Jason White and regarding Defendant Ibrahim, Agent White testified about Mr. Ibrahim's statements in his application that the government contends were false. This is only related to Count 24 which was severed (D.E. 1395) and reaffirmed (D.E. 1663). This testimony has nothing to do with Counts 1 and 2 related to sex trafficking. Therefore, Defendant's A-file and any witnesses attempting to introduce the A-file is irrelevant to the counts for which the defendant is being tried and are inadmissible. (The government's revised witness list was produced at 9:55 pm on March 9, 2012 and so this motion in limine is filed slightly beyond the midnight deadline.)

1