UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**DAHIR NOR IBRAHIM,**<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |

*[Handwritten on right: "Granted This motion is GRANTED" with signature, dated 1-28-13]*

## MOTION FOR DEFENDANT TO BE EXCUSED FROM STATUS CONFERENCE

Defendant moves to be excused from attending the status conference on February 1, 2013.

This Court originally ordered a status conference for January 4, 2013. (D.E. 2960). Defendant moved to be excused (D.E. 2973) and that motion was granted. (D.E. 2977). The January 4 status conference was cancelled and rescheduled for February 1, 2013. (D.E. 3004). For the same reasons presented in the first motion to be excused, Defendant again respectfully moves to be excused. Counsel will be present to represent his interests. It is not expected that the government would be opposed.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant (15)
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

1